# EXHIBIT B

# Brandon Hill

| | |
|---|---|
| **From:** | John Bolanovich [jbolanovich@boginmunns.com] |
| **Sent:** | Tuesday, January 26, 2016 11:59 AM |
| **To:** | Brandon Hill |
| **Cc:** | Jessica Riley |
| **Subject:** | RE: Villalba |
| **Attachments:** | 2015 Financial Report.pdf |
| **Importance:** | High |

Brandon, to supplement my client's financials, attached please find info for 2015. They have advised me that if they cannot settle this by Friday of this week, they will be taking steps to dissolve the entity due to the financial uncertainty attached to your client's claim. According, please provide me with your client's "best and final" offer of settlement for their consideration on or before Friday. Thank you.

**From:** Brandon Hill [mailto:bhill@wfclaw.com]
**Sent:** Tuesday, January 19, 2016 4:18 PM
**To:** John Bolanovich
**Cc:** Jessica Riley
**Subject:** RE: Villalba

Any luck with financials? Our deadline to file motion for default judgment is approaching. If we can resolve, we should try to do it soon. Thanks, John.

Sincerely,

Brandon

**From:** John Bolanovich [mailto:jbolanovich@boginmunns.com]
**Sent:** Thursday, January 14, 2016 1:14 PM
**To:** Brandon Hill
**Cc:** Jessica Riley
**Subject:** RE: Villalba

Still too high for them. I am getting some current financial documents from the client and will send them to you.

**From:** Brandon Hill [mailto:bhill@wfclaw.com]
**Sent:** Tuesday, January 12, 2016 11:35 AM
**To:** John Bolanovich
**Cc:** Jessica Riley
**Subject:** RE: Villalba

Your below offer is declined. She countered at 10k in damages, exclusive of fees. Fees can be resolved for 3k. If you can send proof that the Defendant has no assets or money, we might be able to make a more significant drop.

Sincerely,

Brandon J. Hill
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
PH: (813) 337-7992

1

Case 6:15-cv-02000-GAP-KRS   Document 16-2   Filed 04/15/16   Page 3 of 4 PageID 65

FX:  (813) 229-8712
E-mail:  bhill@wfclaw.com
Website:  www.wfclaw.com

Be social: Like us on Facebook    Follow us on Twitter 



🖨 Please consider the environment before printing this email

This electronic mail transmission may contain legally privileged and/or confidential information. Do not read this if you are not the person(s) named. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone 1.813.224.0431 or send an electronic mail message to bhill@wfclaw.com and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** John Bolanovich [mailto:jbolanovich@boginmunns.com]
**Sent:** Thursday, January 07, 2016 3:21 PM
**To:** Brandon Hill
**Subject:** Villalba
**Importance:** High

Brandon, I have conferred with our client on your calculation of back pay and attorney's fees. His response is as follows:

We concede she worked for approximately 14 months. We dispute that she worked 40 hours each of those weeks. There were 4 PT bartenders on staff and the business was only open from Noon to 8:00 p.m. each day. With that in mind, it would have been impossible for her to work the alleged 2240 hours in that time frame.

Our client's records show that she worked a total of 544 hours. Applying the tip credit retroactively, our client would only owe her $5.00 per hour for these hours, or $2,720.00.

Our client is willing to settle for the $2,720.00 plus your attorney's fees of $3,000.00 for a total of $5,720.00. Other than that, they do not have the financial resources to either litigate this case or pay any judgment. In sum, they will close down and go home.

Let me know tomorrow if we have a deal. Of course, you would have to prepare the papers for court approval of the settlement.

Thanks.

John W. Bolanovich
Attorney and Counselor at Law
Bogin, Munns & Munns, P.A.

2601 Technology Drive
Orlando, FL 32804
(P. O. Box 2807, Orlando, FL 32802-2807)
Tel. 407 578-1334
Fax.407 578-2181
jbolanovich@boginmunns.com
www.boginmunns.com

NO LEGAL ADVICE: This response is not intended as legal advice nor should you consider it as such. It is intended only as general information with respect to a question that you have raised. You should not act upon this information without retaining professional legal counsel. Please keep in mind that merely contacting Bogin, Munns & Munns, P.A. cannot represent you until the firm knows there would not be a conflict of interest, and the firm determines that it is otherwise able to accept the engagement. Any information or documents sent prior to your executing an engagement letter and submission of a retainer deposit cannot be treated as protected by an attorney client-privilege and may be determined by a court to not constitute protected information of any nature.

CONFIDENTIALITY: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately.

WARNING: Computer viruses and/or worms can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses and/or worms. Bogin, Munns & Munns, P.A. accepts no liability for any damage caused by any virus and/or worm transmitted by this email. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses and/or worms. Accordingly, Bogin, Munns & Munns, P.A. does not accept liability for any errors, virus, worms, or omissions in the contents of this message, which arise as a result of e-email transmission.

3